IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

KATHERYN LEE, )
 )
       Plaintiff, )
 )
vs. ) Civil No. 05-2159-D/V
 )
MEMPHIS CITY SCHOOLS, ET AL., )
 )
       Defendants. )
 )

---

### ORDER DENYING DEFAULT

---

On April 15, 2005, plaintiff filed a Motion for Entry of Default Judgment Pursuant to FRCP 55(a) against defendant Kim Shawn-Gary.

In compliance with Rule 55(a), FRCvP, plaintiff's motion for entry of default against defendant Kim Shawn-Gary is DENIED.

Entered this 21st day of April, 2005.

                       ROBERT R. DI TROLIO,
                       Clerk of Court

                       BY: /s/ Earline Draper
                       Deputy Clerk

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 4-21-05

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02159 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

---

Courtney Lynch Wilbert
COLBERT & WINSTEAD, P.C.
1812 Broadway
Nashville, TN 37203

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Michael G. Floyd
FLOYD LAW FIRM
2129 Winchester Rd.
Memphis, TN 38116

Richard L. Colbert
COLBERT & WINSTEAD, P.C.
1812 Broadway
Nashville, TN 37203

Honorable Bernice Donald
US DISTRICT COURT