IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| KATHERYN LEE,<br><br>      Plaintiff,<br><br>vs.<br><br>MEMPHIS CITY SCHOOLS, ET AL.,<br><br>      Defendants. | Civil No. 05-2159-D/V |

## ORDER DENYING DEFAULT

On April 15, 2005, plaintiff filed a Motion for Entry of Default Judgment Pursuant to FRCP 55(a) against defendant Memphis City Schools.

In compliance with Rule 55(a), FRCvP, plaintiff's motion for entry of default against defendant Memphis City Schools is DENIED.

Entered this 21st day of April, 2005.

ROBERT R. DI TROLIO,
Clerk of Court

BY: *Earline Drayer*
Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02159 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

---

Richard L. Colbert
COLBERT & WINSTEAD, P.C.
1812 Broadway
Nashville, TN 37203

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Michael G. Floyd
FLOYD LAW FIRM
2129 Winchester Rd.
Memphis, TN 38116

Courtney Lynch Wilbert
COLBERT & WINSTEAD, P.C.
1812 Broadway
Nashville, TN 37203

Honorable Bernice Donald
US DISTRICT COURT