IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **Katheryn Lee** | Civil Action No.: 05-2159 D/V |
| Plaintiff | |
| | JURY TRIAL DEMANDED |
| v. | |
| **MEMPHIS CITY SCHOOLS**, a Special School District, corporate in nature, having a principal place of business at 2597 Avery Avenue Memphis, Tennessee 38112 | |

## ENTRY OF DEFAULT PURSUANT TO FRCP 55(a)

The default of Willie Mae Willet in the above action is hereby entered pursuant to FRCP 55 (a) for the above reason that the said Defendant has failed to plead or otherwise defend as provided by Court Rules as appears from the affidavit supporting entry of default.

_____
Clerk of Court

Dated: 5/16/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-16-05

17

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02159 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Richard L. Colbert
COLBERT & WINSTEAD, P.C.
1812 Broadway
Nashville, TN 37203

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Courtney Lynch Wilbert
COLBERT & WINSTEAD, P.C.
1812 Broadway
Nashville, TN 37203

Michael G. Floyd
FLOYD LAW FIRM
2129 Winchester Rd.
Memphis, TN 38116

Honorable Bernice Donald
US DISTRICT COURT