FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUL 14 AM 11:05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

KATHERYN LEE,

    Plaintiff,

v.                                            No.    05-2159- DV

MEMPHIS CITY SCHOOLS, a special school district,
CAROL JOHNSON, Individually and in her Professional
Supervisory capacity as Superintendent for Defendant
Memphis City Schools, WILLIE MAE WILLET,
Individually and in her Professional Supervisory capacity
as Principal of the Holmes Road Elementary School,
MICHAEL J. GOAR, Individually and in his Professional
Supervisory capacity as Director of Human Resources for
Defendant Memphis City Schools, VON W. GOODLOE,
Individually and in his Professional Supervisory capacity
as Labor Relations Supervisor for Defendant Memphis
City Schools, JAMES DAVIS, Individually and in his
Professional Supervisory capacity as Director of Labor and
Employee Relations for Defendant Memphis City Schools,
and KIM SHAWN GARY, Uniservice Director MEA.

    Defendants.

## ORDER SETTING ASIDE ENTRY OF DEFAULT JUDGMENT

        This cause came to be heard upon the Motion of the defendant, Willie Mae Willett, and, for good cause shown,

        IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the Default Judgment previously entered against her is hereby set aside.

_____
Judge
Date: July 13, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CV-02159 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

---

Richard L. Colbert
COLBERT & WINSTEAD, P.C.
1812 Broadway
Nashville, TN 37203

Courtney Lynch Wilbert
COLBERT & WINSTEAD, P.C.
1812 Broadway
Nashville, TN 37203

Michael G. Floyd
FLOYD LAW FIRM
2129 Winchester Rd.
Memphis, TN 38116

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Cheryl R. Estes
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 South Main Street
Ste. 2900
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT