UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 JUL 27 AM 6:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| Katheryn Lee, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05 2159 DV |
| ) | |
| Memphis City Schools, Carol Johnson, ) | |
| Willie Mae Willet, Michael J. Goar, ) | |
| Von W. Goodloe, James Davis, Memphis ) | |
| Education Association and Kim-Shawn ) | |
| Gary, ) | |

## AGREED ORDER

In accordance with the stipulation of the parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that the Plaintiff's federal claims in this action against Memphis Education Association and Kim-Shawn Gary be dismissed with prejudice.

ENTERED this 26 day of July, 2005.

_____
HON. BERNICE DONALD

APPROVED FOR ENTRY:

Michael G Floyd / cw w/ perm.
_____
Michael G. Floyd
Floyd Law Firm
2129 Winchester Road
Memphis, TN 38116
(901) 345-8009

*Attorney for Katheryn Lee*

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

*[signature]*
Richard L. Colbert
Courtney L. Wilbert
COLBERT & WINSTEAD, P.C.
1812 Broadway
Nashville, Tennessee 37203
(615) 321-0555

*Attorneys for Memphis Education Assocation
and Kim-Shawn Gary*


*[signature] w/ perm.*
Michael R. Marshall
Evans & Petree, P.A.
1000 Ridgeway Loop Road, Suite 200
Memphis, Tennessee 38120

*Attorney for Memphis City Schools,
Carol Johnson, Michael Goar, Von Goodloe
and James Davis*

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CV-02159 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

Courtney Lynch Wilbert
COLBERT & WINSTEAD, P.C.
1812 Broadway
Nashville, TN 37203

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Michael G. Floyd
FLOYD LAW FIRM
2129 Winchester Rd.
Memphis, TN 38116

Cheryl R. Estes
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 South Main Street
Ste. 2900
Memphis, TN 38103

Richard L. Colbert
COLBERT & WINSTEAD, P.C.
1812 Broadway
Nashville, TN 37203

Honorable Bernice Donald
US DISTRICT COURT