IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| KATHERYN LEE, | ) |
| PLAINTIFF, | ) |
| | ) No. 05-2159 D/V |
| vs. | ) JURY DEMANDED |
| MEMPHIS CITY SCHOOLS, et.al | ) |
| DEFENDANT. | ) |

## ORDER ON JOINT MOTION AND MEMORANDUM TO MODIFY RULE 16(B) SCHEDULING ORDER AND CONTINUE TRIAL

**AND NOW**, this 13th day of December, 2005, upon consideration of the Joint Motion to Modify Scheduling Order and Continue The Trial Date, it is hereby Ordered that the Parties Joint Motion to Modify Scheduling Order and Continue The Trial Date is **GRANTED**.

**IT IS FURTHER ORDERED AND DECREED THAT** the motion is granted, the deadlines extended, and the trial date stricken.

By:

_____
U. S. District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12/24/05

1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CV-02159 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Cheryl R. Estes
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 South Main Street
Ste. 2900
Memphis, TN 38103

Richard L. Colbert
COLBERT & WINSTEAD, P.C.
1812 Broadway
Nashville, TN 37203

Courtney Lynch Wilbert
COLBERT & WINSTEAD, P.C.
1812 Broadway
Nashville, TN 37203

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Michael G. Floyd
FLOYD LAW FIRM
2129 Winchester Rd.
Memphis, TN 38116

Honorable Bernice Donald
US DISTRICT COURT